In the Matter of the Petition of SIDNEY BERNSTEIN, as Administrator, etc., of ALEXANDER BERNSTEIN, Deceased, Petitioner, Appellant, for an Order to Examine SARAH BERNSTEIN, NORMAN BERNSTEIN, JEROME BERNSTEIN, MEYER BERNSTEIN, BERNAL REALTY CORPORATION and JERNOR REALTY CORPORATION

Respondents, and EDWARD HEYMAN and "JOHN" LIPPMAN, Pursuant to Section 205 of the Surrogate's Court Act.— Decree, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.